10488836

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Eastern District of Washington

Aug 06, 2025

SEAN F. McAVOY, CLERK

RECEIVED
UNITED STATES MARSHAL
2025 JUL 15 PM 2: 23
EASTERN WASHINGTON
SPOKANE

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.   1:25-CR-2077-SAB |
| SANTIAGO GRACIDA-SANTOS | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    SANTIAGO GRACIDA-SANTOS                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326  Alien in the United States After Deportation

Date: Jul 15, 2025, 2:15 pm

_____
*Issuing officer's signature*

City and state:   Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
_____
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 7/15/25 , and the person was arrested on *(date)* 8/5/25
at *(city and state)* Richland, WA .

Date: 8/5/25

Arrested within the E/WA
By: USMS - detainer
*Arresting officer's signature*
(Agency)
Executed On: 8/5/25
Sign: _____ *Printed name and title* _____, USMS